

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

In Re:
 Niagara Frontier Hockey, L.P.


Key Bank National Association
                          Appellant                    1:07-CV-555

Adelphia Communications Corporation and its
Affiliate Debtors and Debtors-In-Possession
In case Nos. 02-12834 (REG) Through 02-41957 (REG), et al

                          Appellee

---

A certified copy of the Mandate of the United States Court of Appeals for the Second Circuit dated February 8, 2011 and issued as Mandate on April 11, 2011, having been filed in the Office of the Clerk of this Court on July 5, 2011, it is hereby

ORDERED, ADJUDGED AND DECREED that said Mandate be, and hereby is, made the Judgment of this Court.

_____
RICHARD J. ARCARA
United States District Court

Dated: Buffalo, New York
       July 8, 2011